IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No.  11-CR-00360-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. FARLEN KENRIC KETCHUM,

  Defendant.
_____

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**
_____

**THIS MATTER** came before the Court for a Detention and Preliminary Hearing on April 1, 2014 as a result of a Petition for Warrant on Violation of Supervised Release.  Present were the following: James Candelaria, Assistant United States Attorney, John Baxter, counsel for the Defendant, and the Defendant. Also present was Erika Hitti, Probation/Pretrial Services Officer. At the Detention and Preliminary Hearing, the Defendant and his counsel executed written Waivers of the Detention and Preliminary Hearings.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Violation of Supervised Release and entire court file.  I have also considered the defense counsel's statement that his client does not contest the Government's request for detention.  Under the circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter.  In particular, I note that the defendant after his release from custody of the Denver County Jail on January 15, 2014 is alleged to have failed to report to the Probation Officer and the Defendant's whereabouts were unknown until the time of his arrest on March 26, 2014.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community. I further find, by a preponderance of evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DATED and ENTERED** this 1st day of April 2014..

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**