IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 11-cr-00360-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FARLEN KENRIC KETCHUM,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Farlen Kenric Ketchum, is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 27th day of August, 2014.

BY THE COURT:

Judge William J. Martínez
United States District Judge